UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>PAK ELECTRIC, INC., a California corporation,<br><br>          Defendant. | Case No.: CV 10-08354-MMM (FMOx)<br><br>Discovery Matters Assigned to the Honorable Fernando M. Olguin<br><br>**PROTECTIVE ORDER** |

On March 9, 2011, Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al. (the "Trustees") served on non-party, Los Angeles Unified School District ("LAUSD") a subpoena ("Subpoena") seeking production of documents. Specifically, the Trustees requested production of unredacted certified payroll records ("Unredacted CPRs") prepared by Defendant PAK Electric, Inc., a California corporation ("PAK"), evidencing work performed by employees of PAK.

The Unredacted CPRs contain PAK's employees' names, addresses, and social security numbers ("Identification Information").  Although this Identification Information is confidential in nature, the Trustees require the information in order to calculate fringe benefit contributions owed by PAK.

/ / /

1

1    **IT IS HEREBY ORDERED**, pursuant to the "Stipulation for Protective Order"

2    entered into by and among the Trustees and the LAUSD, and good cause appearing

3    therefore:

4         1.    The LAUSD shall produce the Unredacted CPRs requested in the

5    Subpoena within 30 days of the issuance of this order.

6         2.    The Trustees shall not furnish, show, disclose or otherwise disseminate

7    the Unredacted CPRs to any person except to: (a) the Trustees, their agents and

8    employees; (b) counsel for the Trustees and office personnel assisting counsel in the

9    preparation and trial of this action; and (c) experts and consultants who are assisting

10   said counsel in preparation and/or trial.  The Trustees shall require any person(s)

11   identified in subparagraphs (a) through (c) to be bound to this order.

12        3.    The Unredacted CPRs may only be used for the purpose of calculating,

13   collecting and allocating fringe benefit contributions allegedly owed by PAK to the

14   Trustees for work performed by employees of PAK.  The Unredacted CPRs may not

15   be used for any other purpose by anyone, including those persons identified in

16   paragraph 2 hereinabove.

17        4.    The Unredacted CPRs produced pursuant to the Subpoena shall be

18   maintained in the possession and control of the Trustees and the Trustees' counsel in

19   such a manner that the information is not accessible to individuals not bound by this

20   order.

21        5.    Unless the Court orders otherwise, the Trustees may only file the

22   Unredacted CPRs with the Court after obtaining an order to seal pursuant to Local

23   Rules 79-5.1 – 79-5.4.

24        6.    The Trustees may redact the Unredacted CPRs by blocking out the

25   Identification Information contained therein.  The redacted CPRs, containing no

26   Identification Information, may be provided to all third parties and may be filed with

27   the Court without an order to seal.

28   / / /

PROTECTIVE ORDER

1    7.    In the event that the Trustees are ordered by a court or any state, federal

2  or governmental unit to produce the Unredacted CPRs, they shall provide reasonable

3  notice to the LAUSD, through their counsel, of that court order or command, so as to

4  allow the LAUSD to file an appropriate opposition to such order or command.

5    8.    The terms of this Order shall remain in full force and effect and shall not

6  cease to be in effect because of the final adjudication of this litigation.

7    9.    Upon resolution of this action in trial court, the Unredacted CPRs shall be

8  held by Trustees' counsel pending final resolution of this litigation by appeal or

9  otherwise.  Within six (6) months after such final resolution, the Unredacted CPRs

10  shall be shredded by the Trustees' counsel.  The Trustees' counsel shall give the

11  LAUSD, through its counsel, notice when the Unredacted CPRs have been shredded.

12

13

14  DATED: 3/24/11                    _____/s/_____

15                                        UNITED STATES MAGISTRATE JUDGE
                                          FERNANDO M. OLGUIN

16

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER